# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

138499

CHARTER TOWNSHIP OF YPSILANTI,
TOWNSHIP OF SALEM, and CHARTER
TOWNSHIP OF AUGUSTA,
        Plaintiffs-Appellants,
and

LINCOLN CONSOLIDATED SCHOOLS and
JOHN B. COLLINS,
        Plaintiffs,

v

WASHTENAW COUNTY, WASHTENAW
COUNTY BOARD OF COMMISSIONERS,
WASHTENAW COUNTY ADMINISTRATOR,
JEFF IRWIN, LEAH GUNN, ROBERT
BRACKENBURY, BARBARA BERGMAN,
MARTHA KERN, MARK OUIMET, CONAN
SMITH, and STEPHEN SOLOWCZUK,
        Defendants-Appellees.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138499
COA: 281498
Washtenaw CC: 06-000059-CK

_____/

On order of the Court, the application for leave to appeal the February 10, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., not participating due to a familial relationship with counsel of record.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

_____
Clerk

0831